**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

G5 OUTDOORS, LLC,

      Plaintiff,

v.                                           Case No. 15-13990

MITCH MCKAY,

      Defendant.

_____/

**ORDER DENYING PLAINTIFF'S "MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION" WITHOUT PREJUDICE, ORDERING ACCEPTANCE OF SERVICE OF PROCESS, AND SETTING AN INITIAL SCHEDULING CONFERENCE.**

On November 11, 2015, Plaintiff G5 Outdoors, LLC filed its Verified Complaint in the Macomb County Circuit Court, alleging that Defendant Mitch McKay was in violation of his non-compete agreement with Plaintiff. (Dkt. # 1-2.) Plaintiff immediately filed a Motion for Temporary Restraining Order and Preliminary Injunction. (Dkt. # 1-3, 1-4.) Two days later, prior to service of process, Defendant removed this case to federal court. (Dkt. # 1.) Having reviewed the Complaint and the other motions in the docket,

IT IS NOW ORDERED that all motions pending in state court at the time of this removal are DENIED WITHOUT PREJUDICE, but are subject to reinstatement upon further order of the court.

IT IS ALSO ORDERED that counsel for Defendant shall ACCEPT service on behalf of Defendant forthwith.

Finally, IT IS ORDERED that counsel shall APPEAR in chambers for a scheduling conference on **November 30, 2015 at 12:30 PM**, at which time consideration may be given to the need for and timing of a preliminary injunction

hearing in addition to other case management matters. Counsel are instructed to begin discussions immediately with the aim of speedily resolving this dispute. As such, Counsel are REQUIRED TO ENSURE that a decision maker—with full settlement authority— representing each party is present at the upcoming scheduling conference.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 13, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

C:\Users\wagner\AppData\Local\Temp\notesDF63F8\15-13990.G5OUTDOORS.deny.tro.pi.jah.wpd